IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHARON COMBS, ANGELIA HOUSE, and DEBORAH PARTON, et al. Plaintiffs, | : : : : |
| vs. | : Case No. 1:14-cv-00172-C : |
| ORIGINAL OYSTER HOUSE, INC., Defendant. | : : |

**NOTICE OF SERVICE OF SECOND OFFERS OF JUDGMENT TO PLAINTIFFS SHARON COMBS, ANGELIA HOUSE, & DEBORAH PARTON**

Take notice that Defendant Original Oyster House, Inc. has served a Second Rule 68 Offer of Judgment to Plaintiffs Sharon Combs, Angelia House, and Deborah Parton by email and first class mail, postage prepaid, addressed to Plaintiff's counsel of record on July 18, 2014.

*/s/ Scott Hetrick*
R. Scott Hetrick (HETRR5277)
ADAMS AND REESE LLP
11 North Water St., Ste.23200
Mobile, Alabama 36602
Telephone (251) 433-3234
Facsimile (251) 438-7733
Email scott.hetrick@arlaw.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of July, 2014, I served a copy of the foregoing on counsel for Plaintiffs through the CM/ECF electronic filing system.

*/s/ Scott Hetrick*