IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELIA HOUSE, et al., | : | |
| Plaintiffs, | : | |
| vs. | : | CA 14-0172-C |
| THE ORIGINAL OYSTER HOUSE, INC., | : | |
| | : | |
| Defendant. | | |

## ORDER

This matter is before the Court on the parties' joint motion to approve settlement as to [eight] certain plaintiffs (Doc. 154), the joint motion to approve settlement as to plaintiff Glenda Wilson (Doc. 156), the joint motion to approve settlement as to plaintiff Amanda Kervin (Doc. 160), and the joint motion to approve settlement as to twenty-seven (27) plaintiffs (Doc. 166). After careful consideration of the motions, including all attached offers of judgment made by defendant, and all other relevant pleadings in the file, the Court concludes that all of the foregoing motions (Docs. 154, 156, 160 & 166) are due to be and hereby are **GRANTED**. The settlement agreements as to all remaining named plaintiffs and opt-in plaintiffs who are entitled to recover damages from the defendant Original Oyster House, Inc.—some thirty-seven in number—are **APPROVED**. Judgment shall be entered by separate document.

**DONE** and **ORDERED** this the 5th day of February, 2015.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**